UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NURO B. DEDEFO, CIVIL NO. 01-418 (RHK/JMM)

Plaintiff,

v. ORDER

CITY OF MINNEAPOLIS; ROBERT OLSON, Chief of Minneapolis Police; CHRISTOPHER TUCKER; PHILLIP GANGNON, both Minneapolis Police Officers; CEDAR TOWING COMPANY and THOMAS MICHAEL MUDEK,

Defendants.

ORDER/NOTICE OF HEARING

The Court file in this matter reflects that all Defendants were served with the Summons and Complaint herein on March 14, 2001 [Docket No. 2]. On April 26, 2001, upon application of the Plaintiff, the Clerk of Court caused an entry of Default against Defendants Cedar Towing Company and Thomas Michael Mudek, pursuant to the provisions of Rule 55(a) of the Federal Rules of Civil Procedure [Docket No. 7]. Plaintiff then filed a Motion for Default Judgment against Cedar Towing and Thomas Michael Mudek, pursuant to the provisions of Rule 55(b) of the Federal Rules of Civil Procedure [Docket No. 13]. The matter has been referred to this Court for a Report and Recommendation pursuant to the provisions of 28 U.S.C. § 636(b).

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

FILED JUN 05 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

IT IS HEREBY ORDERED as follows:

1. Plaintiff shall promptly cause a copy of this Order/Notice of Hearing to be personally served promptly upon Defendants Cedar Towing Company and Thomas Michael Mudek, together with a copy of the Motion for Default Judgment As to Defendants Cedar Towing and Thomas Michael Mudek.

2. If Defendants desire to serve and file a Memorandum and Affidavits in response to the Motion, it should be served and filed no later than June 21, 2001.

3. Plaintiff may serve and file a Reply Memorandum and Affidavit, no later than June 27, 2001.

4. A hearing will be held on Plaintiff's Motion for Default Judgment As to Defendants Cedar Towing and Thomas Michael Mudek on June 29, 2001 at 10:00 a.m. before the undersigned in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota.

Dated: June 4, 2001

JOHN M. MASON
United States Magistrate Judge