**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Nuro B. Dedefo,

Plaintiff,

Civil No. 01-418 (RHK/JMM)

vs.

**ORDER**

City of Minneapolis, Robert Olson, Christopher Tucker, Phillip Gangnon, Cedar Towing Company, and Thomas Michael Mudek,

Defendants.

---

Before the Court are the Objections of Defendant Cedar Towing to the August 9, 2001 Report and Recommendation (R&R) of Magistrate Judge John M. Mason. In a thorough and well reasoned decision, Judge Mason recommended the denial of Defendant Cedar Towing Company's Motion for Relief of Default, for Leave to File Untimely Answer, and to Amend Pretrial Schedule. Judge Mason also recommended granting Plaintiff's Motion for Default Judgment as to Defendant Cedar Towing Company with respect to Counts Five and Six of the Complaint.

This Court has reviewed de novo the objected to portions of the R&R and concludes that Judge Mason's recommended disposition of the matter is factually supported by the record and applicable legal principles.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 33) are **OVERRULED**;

FILED SEP 2? 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. The Report and Recommendation (Doc. No. 32) is **ADOPTED**;

3. Defendant Mudek's Motion for Relief of Default for Leave to File Untimely Answer, and to Amend Pretrial Schedule (Doc. No. 21) is **GRANTED**;

4. Plaintiff's Motion for Default Judgment against Defendants Cedar Towing and Mudek (Doc. No. 8) is **DENIED** as to Defendant Mudek;

5. Defendant Cedar Towing's Motion for Relief of Default, for Leave to File Untimely Answer, and to Amend Pretrial Schedule (Doc. No. 16) is **DENIED**; and

6. Plaintiff's Motion for Default Judgment against Defendants Cedar Towing and Mudek (Doc. No. 8) is **GRANTED** as to Defendant Cedar Towing with respect to Counts Five and Six of the Complaint.

Dated: September 26, 2001

RICHARD H. KYLE
United States District Judge