UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NURO B. DEDEFC ,

Plaintiff,

vs

ORDER
CV 01-418 RHK/JMM

CITY OF MINNEAPOLIS,

Defendant.

---

IT IS ORDERED THAT, the court's order dated December 10, 2001 dismissing the above action is VACATED. The Clerk is directed to reopen the file.

Date: December 18, 2000

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

DEC 18 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK