UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NURO B. DEDEFO, CIVIL NO. 01-418 (RHK/JMM)

Plaintiff,

v. ORDER

CITY OF MINNEAPOLIS, et al.,

Defendants.

The above matter came on before the undersigned upon Plaintiff's Motion to Amend Complaint to Assert Claims of Punitive Damages [Docket No. 40].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Complaint to Assert Claims of Punitive Damages [Docket No. 40] is denied without prejudice.

Dated: March 22, 2002

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

The Motion is denied, but it is denied without prejudice, since the reasons underlying the denial are procedural reasons which may be subject to cure. If the Motion is renewed, it shall comply in all respects with Local Rules 7 and 15 of this Court, and with the procedural and substantive requirements of Minn. stat. §§ 549.191 and 549.20.

Plaintiff has failed to give notice of the hearing. The Motion stated in part: "YOU WILL PLEASE TAKE NOTICE that at a time and place to be set by the Calendar

FILED MAR 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Clerk, Plaintiff will bring the following **Motion**." It did not specify the time and place of the hearing. The Calendar Clerk of this Court has twice informed counsel for Plaintiff of the dates on which the Motion could be heard by this Court, and has reminded him of his duty to serve a Notice of Motion which specifies the time and place of that hearing. Counsel for Plaintiff has not responded to telephone calls from the chambers of this Court.

J.M.M.