UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NURO B. DEDEFO,

Plaintiff,

v.

CITY OF MINNEAPOLIS, et al.,

Defendants.

CIVIL NO. 01-418 (RHK/JMM)

ORDER

The above matter came on for hearing before the undersigned on April 29, 2002 upon Plaintiff's Motion to Amend the Complaint [Docket No. 40]. John Lindell, Esq. appeared on behalf of Plaintiff; Timothy Skarda, Esq. appeared on behalf of Defendants.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend the Complaint [Docket No. 40] is denied without prejudice.

Dated: April 29, 2002

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

The record will reflect the reasons underlying the decision to deny the Motion, but without prejudice. In summary, we have two concerns. First, there is now pending a Motion for Summary Judgment, which may (or may not) resolve some of the underlying

APR 30 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

issues in this case. Although the current Motion seeks punitive damages only against the City and its police officers, we think it advisable, given the current timing of that Motion, to defer consideration of any Motion to seek punitive damages. We have also denied the Motion because of our concern as to whether counsel for Plaintiff has fully considered the issues which require resolution by the Court, and the facts and legal authority which must be evaluated. This ruling will afford to counsel for Plaintiff the opportunity to involve counsel who have special competence in this area of the law, for the reasons placed on the record.

J.M.M.