**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

NURO B. DEDEFO,

Plaintiff,

vs. CV 01-418 RHK/JMM

CITY OF MINNEAPOLIS,
ETAL

Defendant.

**NOTICE OF CANCELLATION OF MOTION HEARING**

The Motion hearing scheduled for Monday, May 13, 2002, at 8:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul, has been **CANCELLED.**

May 7, 2002

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed MAY 07 2002
Richard D. Sletten, Clerk

By:____________________