UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Nuro B. Dedefo,

Plaintiff,

Civil No. 01-418 (RHK/AJB)

vs.

**ORDER**

City of Minneapolis, Robert Olson, Christopher Tucker, Phillip Gangnon, Cedar Towing Company, and Thomas Michael Mudek,

Defendants.

---

Plaintiff has filed a pro se Motion to Vacate Settlement and Reopen the Action. The Motion will be denied.

On May 28, 2002, the parties to the matter, each represented by counsel, appeared for a settlement conference before Magistrate Judge John M. Mason. A settlement was reached and the terms, agreed to by each party and counsel, were placed on the record. A transcript of those proceedings is now on file.

Plaintiff does not dispute that a settlement was reached and that he agreed to that settlement; the terms are clear and unambiguous. It is also clear that Plaintiff's attorney agreed to and accepted those terms.

What Plaintiff appears to be saying now, and putting forth as a reason for vacating the settlement, is that he no longer wishes to proceed with the settlement. In short, he

JUN 2 4 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

has, upon reflection, decided that the settlement, at least with respect to the City of Minneapolis and the defendant police officers, is inadequate.

No "cause," much less "just cause," has been shown to set aside the settlement or to grant any relief from its clear and unequivocal terms. Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Motion to Vacate Settlement and Reopen the Action is **DENIED**; and
2. Each of the parties is directed to comply with the terms of the settlement.

Dated: June 24, 2002

RICHARD H. KYLE
United States District Judge